SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff
Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>        Plaintiff;<br><br>    vs.<br><br>Satinder Hayer, et al,<br><br>        Defendants. | Case No. **2:11-cv-02791-KJN**<br><br>[~~PROPOSED~~] **ORDER RE: REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS** |

Plaintiff's request for an extension of time to file dispositional documents (Dkt. No. 14) is GRANTED. The parties shall file dispositional documents no later than May 27, 2012.

IT IS SO ORDERED.

**Date: 5/9/2012**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

[~~PROPOSED~~] ORDER RE REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL

DOCUMENTS

CIV: S-11-2791-KJN- 1